**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GINA MEDICO,<br>Plaintiff<br><br>v.<br><br>ONS MSO, LLC, a/k/a MIDDLESEX ORTHOPEDIC & SPINE ASSOCIATES, d/b/a SPIRE ORTHOPEDIC PARTNERS, ONS MSO MIDCO, LLC, ERIKA RILEY INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, SUSAN GORDON, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY,<br>Defendants | CIVIL ACTION NO: 3:25-cv-02090<br><br>JUNE 18, 2026 |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A) and Local Rule 41(b), Plaintiff Gina Medico, together with Defendants ONS MSO, LLC a/k/a Middlesex Orthopedic & Spine Associates d/b/a Spire Orthopedic Partners, ONS MSO Midco, LLC, Kohlberg & Company, LLC, Erika Riley and Susan Gordon (collectively “Defendants”), upon agreement, hereby jointly stipulate to the dismissal with prejudice of this action. All parties shall bear their own costs, expenses, and attorneys’ fees, except as may expressly and specifically be agreed to by the parties.

Respectfully submitted,

**PLAINTIFF,**
**GINA MEDICO**

Gina Medico
268 Farmington Avenue, First Floor
Bristol, CT 06010
Gmedico1@gmail.com

(914) 320-6131

Respectfully submitted,

**DEFENDANTS,**
**ONS MSO, LLC a/k/a MIDDLESEX ORTHOPEDIC & SPINE ASSOCIATES d/b/a SPIRE ORTHOPEDIC PARTNERS, ONS MSO MIDCO, KOHLBERG & COMPANY, LLC, ERIKA RILEY, individually and in her official capacity, and SUSAN GORDON, individually and in her official capacity**

By: */s/ Margaret J. Strange*

Margaret J. Strange (ct08212)
Margaret.Strange@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square
8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

## CERTIFICATION OF SERVICE

I hereby certify that on June 18, 2026, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system. Parties may access this filing through the Court's system.

*/s/ Margaret J. Strange*
Margaret J. Strange